Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1814 Franklin St, Suite 210
Oakland, CA 94612
Phone: (510) 465-0018
Fax: (510) 465-0017
kat@siegfriedlegal.com

Attorney for Plaintiff, OSCAR YANEZ ORTEGON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR YANEZ ORTEGON<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant | CIVIL NO. 16-CV-590- LB<br><br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF CASE BY PLAINTIFF AND ~~PROPOSED~~ ORDER |

On February 3, 2016 Mr. Ortegon filed a Social Security appeal pursuant to Title 42, U.S.C. Section 405(g). Mr. Ortegon now wishes to voluntarily dismiss this matter in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

                                         Respectfully submitted,

Dated: 10/11/2016                          /s/ Katherine Siegfried
                                                                   KATHERINE SIEGFRIED [1]
                                                                   Attorney for Plaintiff OSCAR YANEZ ORTEGON

Dated: 10/11/2016                          /s/ Ellinor Coder
                                                                   ELLINOR CODER
                                                                    Attorney for Defendant, CAROLYN COLVIN

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION FOR VOLUNTARY DISMISSAL OF MATTER BY PLAINTIFF; 16-CV-590-LB     1

<s>PROPOSED</s> ORDER

In accordance with the stipulation by both parties, I hereby dismiss the Matter of Ortegon v. Colvin, 16-CV-590-LB.

Dated: October 12, 2016                    _____/s/_____
                                            Magistrate Judge Laurel Beeler